B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## District of Massachusetts

In re **The Ski Market Ltd., Inc.** _____,  
          Debtor

Case No. _____

Chapter   __11__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 3,624,995.37 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 5,103,763.33 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 33 | | $ 881,393.39 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 41 | | $ 4,963,144.56 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 83 | $ 3,624,995.37 | $ 10,948,301.28 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **The Ski Market Ltd., Inc.** _____  Case No. _____

 Debtor (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Andrew Ferguson**, the <u>**President**</u> of the <u>**Corporation**</u> named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __84_____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _12/29/09_  Signature: _____

 Andrew Ferguson President _____
 [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B6A (Official Form 6A) (12/07)

In re: __The Ski Market Ltd., Inc._____,          Case No. _____
                                    Debtor                                                              (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | $    0.00 | $    0.00 |

Total    ➤    $    0.00

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **The Ski Market Ltd., Inc.** _____,   Case No. _____
                                                  Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | see below | | **uncertain** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **South Shore Savings Bank**<br>  **Operating Account - 2235004278**<br>  **Vendor Account - 2235004302**<br>  **Payroll Account - 2235004294**<br>  **Check Refund Account - 2235004286**<br><br>**Bank of America**<br>  **Deposit Account - 51134956**<br>  **Deposit Account - 9369431610**<br><br>**Paypal Holding Account - BRXVRZWGTBKWS**<br><br>**The Company maintains various bank accounts (shown above) as well as in-store cash, which flucuates daily due to desposit schedule.  As of 12/27/09, total funds (inclusive of bank accounts and in-store cash) were approximately $448,000.00.** | | **448,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **National Fuel**<br>**P.O. Box 4103**<br>**Buffalo, NY 14264** | | **2,960.38** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **Debtor has no interest in any 401(k) plan.**<br>**For disclosure purposes, Debtor  maintains a 401(k) plan for the benefit of qualified and participating employees.** | | **0.00** |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **The Ski Market Ltd., Inc.**                                              Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Company has a 2005 judgment against Kunian Co. ($165,000.00) that it believes to be uncollectable. Company also has a claim against KM Logistics($29,000.00) that it believes to be uncollectable.** | | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Trademarks:**<br>**Ski Market (U.S. Trademark No. 1,516,818)**<br>**St. Moritz (U.S. Trademark No. 1,126,761)**<br>**Underground Snowboard (U.S. Trademark No. 1,867,339)** | | **uncertain** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Goodwill of the business, skimarket.com website, domain name.** | | **uncertain** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Debtor has compiled and maintained a customer database for marketing purposes and for maintaing its customer rewards program.** | | **uncertain** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Econoline Cargo Van (100,000 miles)**<br>**Company also leases 2 trucks** | | **5,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re __The Ski Market Ltd., Inc._____,    Case No. _____
                                    Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Office equipment, furnishing, and supplies - original cost $2,196,147.00 - fair market value (15% of cost)** | | 329,421.99 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Machinery, fixtures, equipment, and supplies used in business - original cost $1,811,948.00 - fair market value (10% of cost)** | | 181,195.00 |
| 30. Inventory. | | **Book value at cost (as of 12/27/09)** | | 2,658,418.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

__2__    continuation sheets attached        Total  ＞        **$3,624,995.37**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re **The Ski Market Ltd., Inc.** _____,   Case No. _____
                              Debtor                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bell Sports, Inc.<br>6225 North State Highway 161<br>Irving, TX 75038 | | | Inventory Lien<br><br>VALUE $0.00 | | | | 145,016.18 | 0.00 |
| ACCOUNT NO.<br><br>Jefferson Shrewsbury L.P.<br>14 Needham Street<br>Newton, MA 02461<br><br>c/o Stephen J. Allard, Esq.<br>Kenneth Krems, Esq.<br>Shaevel and Krems<br>141 Tremont Street<br>Boston, MA 02111 | | | Trustee process summons served on South Shore Savings Bank on or about 12/22/09<br><br>VALUE $0.00 | X | X | X | 32,000.00 | 0.00 |
| ACCOUNT NO.<br><br>South Shore Savings Bank<br>Attn:  Timothy Mitchelson, Esq.<br>1584 Main Street<br>South Weymouth, MA 02190<br><br>c/o William Moorman, Esq.<br>Craig and Macauley P.C.<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210 | X | | all asset lien<br><br>VALUE $0.00 | | | | 4,050,000.00 | 0.00 |

1   continuation sheets
    attached

Subtotal ➤
(Total of this page)

| $ 4,227,016.18 | $ 0.00 |

Total ➤
(Use only on last page)

| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re   **The Ski Market Ltd., Inc.**                         ,         Case No. _____

                          Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Tecnica Group USA Corporation<br>19 Technology Drive<br>West Lebanon, NH 03784 | | | Lien on inventory and non-inventory collateral (includes Tecnica, Nordica, and Nitro) <br><br> **VALUE $0.00** | | | | 437,954.54 | 0.00 |
| ACCOUNT NO. <br><br>The Buffalo News<br>a Division of OBH, Inc.<br>One News Plaza<br>P.O. Box 100<br>Buffalo, NY 14240<br><br>c/o Seth L. Hibbert, Esq.<br>800 Rand Building<br>14 Lafayette Square<br>Buffalo, NY 14203-1995 | | | Judgment entered 9/15/09 <br><br> **VALUE $0.00** | X | X | X | 12,383.05 | 0.00 |
| ACCOUNT NO. <br><br>The Burton Corporation<br>P.O. Box 4449<br>Burlington, VT 05406 | | | Lien on inventory and non-inventory collateral <br><br> **VALUE $0.00** | | | | 426,409.56 | 0.00 |

Sheet no. _1_ of _1_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ▶
(Total of this page)

Total  ▶
(Use only on last page)

| | |
|---|---|
| $   876,747.15 | $   0.00 |
| $ 5,103,763.33 | $   0.00 |

(Report also on Summary of Schedules)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re   __The Ski Market Ltd., Inc._____,          Case No. _____
                                    Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑   **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**__32__  continuation sheets attached**

B6E (Official Form 6E) (12/07) – Cont.

In re    **The Ski Market Ltd., Inc.**                                      Case No. _____
_____                                   (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Aaron D. Thompson<br>200 Hudson Street, Apt. 18<br>Northborough, MA 01532 | | | **Employee** | | | | 673.08 | 673.08 | $0.00 |
| ACCOUNT NO.<br>Aaron M. Leiberman<br>57 West Street<br>Harrison, NY 10528 | | | **Employee** | | | | 162.61 | 162.61 | $0.00 |
| ACCOUNT NO.<br>Adam F. Ray<br>7 Lowerlake Road<br>Danbury, CT 06811 | | | **Employee** | | | | 103.01 | 103.01 | $0.00 |
| ACCOUNT NO.<br>Albert E. Hartmayer<br>8 Harriett Lane<br>Darien, CT 06820 | | | **Employee** | | | | 117.45 | 117.45 | $0.00 |
| ACCOUNT NO.<br>Alexander S. Giannakos<br>229 New Meadow Road<br>Barrington, RI 02806 | | | **Employee** | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Amy Heidke<br>51 Powder Mill Drive<br>Sudbury, MA 01776 | | | **Employee** | | | | 1,826.93 | 1,826.93 | $0.00 |

Sheet no. _1_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▷ | $ **2,883.08** | $ **2,883.08** | $ **0.00**
(Totals of this page)

Total  ▷ $
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

Total  ▷ $
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )

B6E (Official Form 6E) (12/07) – Cont.

In re  __The Ski Market Ltd., Inc._____,          Case No. _____
                                        Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Andre J. Lucier<br>13 Meetinghouse Lane<br>Franklin, MA 02038 | | | Employee | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Andrew Ferguson<br>22 Parkland Drive<br>Wayland, MA 01778 | | | Employee | X | | | 1,826.93 | 1,826.93 | $0.00 |
| ACCOUNT NO.<br>Angel M. Torres<br>81 Luna Street<br>Providence, RI 02904 | | | Employee | | | | 76.92 | 76.92 | $0.00 |
| ACCOUNT NO.<br>Anthony C. Reed<br>4 Summit Lane<br>Bethel, CT 06801 | | | Employee | | | | 87.96 | 87.96 | $0.00 |
| ACCOUNT NO.<br>Ashley T. Moran<br>26B Main Street<br>Framingham, MA 01702 | | | Employee | | | | 297.27 | 297.27 | $0.00 |
| ACCOUNT NO.<br>Audra A. Kadlik<br>239 Lumber Street<br>Hopkinton, MA 01748 | | | Employee | | | | 0.00 | 0.00 | $0.00 |

Sheet no. _2_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)      $   2,289.08    $   2,289.08   $        0.00

Total  ▶   $
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

Total  ▶              $              $
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )

B6E (Official Form 6E) (12/07) – Cont.

In re    **The Ski Market Ltd., Inc.**                                    Case No. _____
_____                                              (If known)
                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

## Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Avery L. Pesce**<br>**11 Lake street**<br>**Sherborn, MA 01770** | | | **Employee** | | | | 961.54 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Brenden Gilmore**<br>**337 Hill Street**<br>**Northbridge, MA 01588** | | | **Employee** | | | | 332.20 | 332.20 | $0.00 |
| ACCOUNT NO.<br>**Brett Wagenbach**<br>**P.O. Box 1542**<br>**Boston, MA 02117** | | | **Employee** | | | | 656.60 | 656.60 | $0.00 |
| ACCOUNT NO.<br>**Brian J. Kelley**<br>**3 Angelica Drive**<br>**Framingham, MA 01701** | | | **Employee** | | | | 751.88 | 0.00 | $751.88 |
| ACCOUNT NO.<br>**Brian S. Eich**<br>**222 Sylvan Court**<br>**Saundertown, RI 02874** | | | **Employee** | | | | 608.58 | 608.58 | $0.00 |
| ACCOUNT NO.<br>**Bryan M. McHugh**<br>**25 Hastings Court**<br>**Clinton, MA 01510** | | | **Employee** | | | | 538.46 | 538.46 | $0.00 |

Sheet no. _3_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤    $ **3,849.26**   $ **2,135.84** $ **751.88**
(Totals of this page)

Total ➤    $
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

Total ➤    $         $
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )

B6E (Official Form 6E) (12/07) – Cont.

In re    **The Ski Market Ltd., Inc.** _____    Case No. _____

_____    (If known)

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Carolyn J. Blaszowski<br>5 Fairfield Street<br>Braintree, MA 02184 | | | Employee | | | | 900.00 | 900.00 | $0.00 |
| ACCOUNT NO.<br>Catherine F. Lyons<br>59 Duncaster Road<br>Bloomfield, CT 06002 | | | Employee | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Chester T. Wentworth<br>231 Baily Street<br>Canton, MA 02021 | | | Employee | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Christian J. Gallopo<br>38 Verna Hill Drive<br>Pembroke, MA 02359 | | | Employee | | | | 79.36 | 79.36 | $0.00 |
| ACCOUNT NO.<br>Christopher B. Leake<br>2 Shorewood Road<br>Marblehead, MA 01945 | | | Employee | | | | 1,769.24 | 1,769.24 | $0.00 |
| ACCOUNT NO.<br>Christopher D. Hostnik<br>27 Pratt Street<br>Allston, MA 02134 | | | Employee | | | | 437.25 | 0.00 | $437.25 |

Sheet no. _4_ of _32_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▷ (Totals of this page)    $ **3,185.85**   $ **2,748.60**   $ **437.25**

Total ▷
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $    $

B6E (Official Form 6E) (12/07) – Cont.

In re    __The Ski Market Ltd., Inc._____,     Case No. _____
                                            Debtor                                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Christopher J. McMahon**<br>584 River Street<br>Norwell, MA 02061 | | | **Employee** | | | | 120.50 | 120.50 | $0.00 |
| ACCOUNT NO.<br>**Christopher L. Freeman**<br>16 Tucker Street<br>Natick, MA 01760 | | | **Employee** | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Christopher P. Maniates**<br>3 Sunnbrook Lane<br>Peabody, MA 01960 | | | **Employee** | | | | 222.08 | 222.08 | $0.00 |
| ACCOUNT NO.<br>**Christopher P. McGinn**<br>71 Sheil's Way<br>Lynn, MA 01904 | | | **Employee** | | | | 86.58 | 86.58 | $0.00 |
| ACCOUNT NO.<br>**Christopher T. Eich**<br>37 Brown Street<br>Waltham, MA 02453 | | | **Employee** | | | | 459.00 | 459.00 | $0.00 |
| ACCOUNT NO.<br>**Christopher W. Flynn**<br>7 Nelson Point Road<br>Shrewsbury, MA 01545 | | | **Employee** | | | | 114.94 | 114.94 | $0.00 |

Sheet no. _5_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▷
(Totals of this page)

| | | |
|---|---|---|
| $ 1,003.10 | $ 1,003.10 | $ 0.00 |

Total  ▷
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Total  ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

$          $

B6E (Official Form 6E) (12/07) – Cont.

In re  **The Ski Market Ltd., Inc.** _____,  Case No. _____
              Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Clifford A. Smart<br>11 Bannister Street<br>Shrewsbury, MA 01545-1302 | | | Employee | | | | 600.00 | 600.00 | $0.00 |
| ACCOUNT NO.<br>Colin F. Bates<br>5 Ingraham Road<br>Wellesley, MA 02482 | | | Employee | | | | 83.84 | 83.84 | $0.00 |
| ACCOUNT NO.<br>Colin S. Campbell<br>59 Abbey Street<br>Marshfield, MA 02050 | | | Employee | | | | 260.11 | 260.11 | $0.00 |
| ACCOUNT NO.<br>Corey J. Magliozzi<br>17 Old Marlboro Road<br>Maynard, MA 01754 | | | Employee | | | | 482.35 | 482.35 | $0.00 |
| ACCOUNT NO.<br>Curtis G. Entenmann<br>195 Kelly Road<br>Northbridge, MA 01534 | | | Employee | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Dana Fraychack<br>P.O. Box 1112<br>57 Newgate Road<br>East Granby, CT 06026 | | | Employee | | | | 807.70 | 807.70 | $0.00 |

Sheet no. _6_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▷  (Totals of this page)   $ **2,234.00**  $ **2,234.00**  $ **0.00**

Total ▷
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

B6E (Official Form 6E) (12/07) – Cont.

In re    **The Ski Market Ltd., Inc.** _____,    Case No. _____
                                  Debtor                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Daniel A. Africano<br>1197 Commonwealth Avenue<br>Apt. 20<br>Allston, MA 02135 | | | Employee | | | | 324.84 | 324.84 | $0.00 |
| ACCOUNT NO.<br>David B. Newman<br>19 Sky View Drive<br>West Hartford, CT 06117 | | | Employee | | | | 740.00 | 740.00 | $0.00 |
| ACCOUNT NO.<br>David J. Machado<br>28 Leavitt Street<br>Salem, MA 01970 | | | Employee | | | | 1,163.47 | 1,163.47 | $0.00 |
| ACCOUNT NO.<br>Debra J. Musto<br>69 North Street<br>Hingham, MA 02043 | | | Employee | | | | 434.65 | 434.65 | $0.00 |
| ACCOUNT NO.<br>Denver W. Greene<br>33 Elm Ridge Road<br>Stow, MA 01775 | | | Employee | | | | 519.24 | 519.24 | $0.00 |
| ACCOUNT NO.<br>Desiree L. Ford<br>39 Pleasant Street<br>Apt. 3<br>West Warwick, RI 02893 | | | Employee | | | | 79.94 | 79.94 | $0.00 |

Sheet no. _7_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▶<br>(Totals of this page) | $ 3,262.14 | $ 3,262.14 | $ 0.00 |
| Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Ski Market Ltd., Inc.** _____ ,   Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_____
### Type of Priority:  Wages, Salaries, and Commissions
_____

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Doug L. Stewart<br>57 Stewart Street<br>Quincy, MA 02169 | | | Employee | | | | 145.50 | 145.50 | $0.00 |
| ACCOUNT NO.<br><br>Enya K. Goehring<br>26 Evans Drive<br>Simsbury, CT 06070 | | | Employee | | | | 360.95 | 360.95 | $0.00 |
| ACCOUNT NO.<br><br>Eric P. Zisk<br>26 A Main Street<br>Framingham, MA 01701 | | | Employee | | | | 205.97 | 205.97 | $0.00 |
| ACCOUNT NO.<br><br>Gerald A. MacNeil<br>4 French Avenue<br>Braintree, MA 02184 | | | Employee | X | | | 432.07 | 432.07 | $0.00 |
| ACCOUNT NO.<br><br>Gianna N. Pagliarini<br>22 Elisha Matthewson<br>North Scituate, RI 02857 | | | Employee | | | | 449.40 | 449.40 | $0.00 |
| ACCOUNT NO.<br><br>Glenn P. Quinlan<br>12 Castlewood Road<br>West Hartford, CT 06107 | | | Employee | | | | 0.00 | 0.00 | $0.00 |

Sheet no. _8_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals►
(Totals of this page)   $ **1,593.89**  $ **1,593.89**  $ **0.00**

Total   ►
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)   $

Total   ►
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )   $   $

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Ski Market Ltd., Inc.**                                      Case No. _____

_____,                              _____
Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  **Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Grant W. Hatzenbuhler**<br>**13 West Gate Road**<br>**Farmington, CT 06032** | | | **Employee** | | | | **283.77** | **283.77** | **$0.00** |
| ACCOUNT NO.<br>**Gregory J. Thibault**<br>**40 Scotland Road**<br>**Crantson, RI 02920** | | | **Employee** | | | | **345.20** | **345.20** | **$0.00** |
| ACCOUNT NO.<br>**Gregory R. Pantano**<br>**3 Wales Street**<br>**Milford, MA 01757** | | | **Employee** | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Hart M. Rotblatt**<br>**24 Maple Avenue**<br>**Collinsville, CT 06019** | | | **Employee** | | | | **574.80** | **574.80** | **$0.00** |
| ACCOUNT NO.<br>**Hayley A. Reid**<br>**9 Carlton Road**<br>**Marshfield, MA 02050** | | | **Employee** | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Heather Joy**<br>**14 Lakeshore Drive**<br>**Apt. A4**<br>**Farmington, CT 06032** | | | **Employee** | | | | **458.51** | **458.51** | **$0.00** |

Sheet no. _9_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▸ (Totals of this page) | $ **1,662.28** | $ **1,662.28** | $ **0.00** |
| Total ▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re __The Ski Market Ltd., Inc._____   Case No. _____

Debtor   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ian T. Reynolds<br>35 Emerald Street<br>Newton, MA 02458 | | | Employee | | | | 519.24 | 519.24 | $0.00 |
| ACCOUNT NO.<br>Ilya M. Provornov<br>154 Ayrshire Lane<br>Avon, CT 06001 | | | Employee | | | | 341.72 | 341.72 | $0.00 |
| ACCOUNT NO.<br>James A. DaSilva<br>75 Beecher Place<br>Newton, MA 02459 | | | Employee | | | | 90.00 | 90.00 | $0.00 |
| ACCOUNT NO.<br>James K. Logue<br>16 Old Forge Road<br>Scituate, MA 02061 | | | Employee | | | | 33.80 | 33.80 | $0.00 |
| ACCOUNT NO.<br>James M. Bowles<br>32 Sidlaw Road<br>Apt. 3<br>Brighton, MA 02135 | | | Employee | | | | 290.85 | 290.85 | $0.00 |
| ACCOUNT NO.<br>James P. MacNeil<br>268 Millpond Lane<br>Marshfield, MA 02050 | | | Employee | X | | | 91.80 | 91.80 | $0.00 |

Sheet no. _10_ of _32_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷
(Totals of this page)

| $ 1,367.41 | $ 1,367.41 | $ 0.00 |
|---|---|---|

Total  ▷
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Total  ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

$   $

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Ski Market Ltd., Inc.**                                                Case No. _____
_____,                                              (If known)
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>James W. Grimley<br>965 Bullocks Point<br>Riverside, RI 02915 | | | Employee | | | | 750.00 | 750.00 | $0.00 |
| ACCOUNT NO.<br><br>Jamie B. Lee<br>9 Ocean Highlands<br>Magnolia, MA 01930 | | | Employee | | | | 294.45 | 294.45 | $0.00 |
| ACCOUNT NO.<br><br>Jan R. Reilly<br>P.O. Box 836<br>York Harbor, ME 03911 | | | Employee | | | | 1,050.00 | 1,050.00 | $0.00 |
| ACCOUNT NO.<br><br>Jeff E. Smith<br>60 Eastwoods Drive<br>East Hartland, CT 06027 | | | Employee | | | | 63.47 | 63.47 | $0.00 |
| ACCOUNT NO.<br><br>Jenifer T. Whitmore<br>16 Abbot Street<br>Marblehead, MA 01945 | | | Employee | | | | 406.08 | 0.00 | $0.00 |
| ACCOUNT NO.<br><br>Jessica M. Jensen<br>45 Wadsworth Avenue<br>Apt. 1<br>Waltham, MA 02453 | | | Employee | | | | 845.70 | 845.70 | $0.00 |

Sheet no. _11_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤<br>(Totals of this page) | $ 3,409.70 | $ 3,003.62 | $ 0.00 |
| Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (12/07) – Cont.

In re    **The Ski Market Ltd., Inc.**                          Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Joanne K. Cwikla<br>488 West Middle Turnpike<br>Manchester, CT 06040 | | | Employee | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>John B. Levine<br>90 Richmond Avenue<br>Worcester, MA 01602 | | | Employee | | | | 807.70 | 807.70 | $0.00 |
| ACCOUNT NO.<br>John J. Cwikla<br>488 West Middle Turnpike<br>Manchester, CT 06040 | | | Employee | | | | 45.60 | 45.60 | $0.00 |
| ACCOUNT NO.<br>John M. Kennedy<br>2 Autumn Street<br>Worcester, MA 01603 | | | Employee | | | | 92.25 | 92.25 | $0.00 |
| ACCOUNT NO.<br>John P. McCann<br>175 Stonegate Lane<br>Hanover, MA 02339 | | | Employee | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>John W. Robillard<br>145 Howir Avenue<br>Warwick, RI 02888 | | | Employee | | | | 591.31 | 591.31 | $0.00 |

Sheet no. _12_ of _32_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $ 1,536.86  $ 1,536.86  $ 0.00

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $    $

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Ski Market Ltd., Inc.**                                    Case No. _____

_____                                    _____
                        Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jon P. Bedard**<br>**31 Dent street**<br>**Apt. 2**<br>**West Roxburg, MA 02132** | | | **Employee** | | | | 442.20 | 442.20 | $0.00 |
| ACCOUNT NO.<br>**Jonathan B. Mullin**<br>**486 Chandler Street**<br>**Duxbury, MA 02332** | | | **Employee** | | | | 41.80 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Jonathan C. Freitag**<br>**60 South River Drive**<br>**Narragansett, RI 02882** | | | **Employee** | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Jonathan R. Vincent**<br>**19 Fairfield Street**<br>**Braintree, MA 02184** | | | **Employee** | | | | 574.80 | 574.80 | $0.00 |
| ACCOUNT NO.<br>**Jonathan S. Matthews**<br>**45 Bow Street**<br>**Beverly, MA 01945** | | | **Employee** | | | | 152.46 | 0.00 | $152.46 |
| ACCOUNT NO.<br>**Joseph J. Couillard**<br>**16 Windham Road**<br>**Brooklyn, CT 06234** | | | **Employee** | | | | 89.96 | 89.96 | $0.00 |

Sheet no. _13_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▷  (Totals of this page)        $ **1,301.22**  $ **1,106.96** $  **152.46**

Total ▷  $
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

Total ▷  $                        $
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Ski Market Ltd., Inc.**                                    Case No. _____
        _____                                    (If known)
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Joseph S. McSweeney<br>39 Houghton Street<br>Woburn, MA 01801 | | | Employee | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Joshua L. Lahaie<br>30 Cranberry Blog Road<br>Danielson, CT 06239 | | | Employee | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Justin J. Sullivan<br>2235 Cranston Street<br>Cranston, RI 02920 | | | Employee | | | | 330.23 | 330.23 | $0.00 |
| ACCOUNT NO.<br>Justin M. Repp<br>319 Alewife Brook Park<br>Somerville, ma 02144 | | | Employee | | | | 961.54 | 961.54 | $0.00 |
| ACCOUNT NO.<br>Kara R. Buckley<br>20 Marian Lane<br>Nashua, NH 03062 | | | Employee | | | | 248.87 | 248.87 | $0.00 |
| ACCOUNT NO.<br>Karli-Ann Geddes<br>175 Maple Street<br>Unit 210<br>Marlborough, MA 01752 | | | Employee | | | | 430.44 | 0.00 | $430.44 |

Sheet no. _14_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)

| | | |
|---|---|---|
| $ 1,971.08 | $ 1,540.64 | $ 430.44 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)
$

Total ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )
$                    $

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Ski Market Ltd., Inc.**                                    Case No. _____
                                                                                            (If known)
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  **Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Katia M. Bonfatti<br>320 Winter Street<br>Holliston, MA 01746** | | | **Employee** | | | | 178.42 | 178.42 | $0.00 |
| ACCOUNT NO.<br>**Kevin K. Murphy<br>4 Peeptoad Road<br>Warwick, RI 02888** | | | **Employee** | | | | 1,150.00 | 1,150.00 | $0.00 |
| ACCOUNT NO.<br>**Kristen A. Moores<br>71 Forest Street<br>Manchester, MA 01944** | | | **Employee** | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Kristen M. McNiff<br>66 Bennett Street<br>Brighton, MA 02135** | | | **Employee** | | | | 634.62 | 634.62 | $0.00 |
| ACCOUNT NO.<br>**Kurt J. Myers<br>766 Ocean Street<br>Marshfield, MA 02050** | | | **Employee** | | | | 203.02 | 203.02 | $0.00 |
| ACCOUNT NO.<br>**Kyle C. Bradley<br>22 Gardner Street<br>Salem, MA 01970** | | | **Employee** | | | | 699.08 | 699.08 | $0.00 |

Sheet no. _15_ of _32_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)   $ 2,865.14   $ 2,865.14   $ 0.00

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )   $   $

B6E (Official Form 6E) (12/07) – Cont.

In re  **The Ski Market Ltd., Inc.** _____.      Case No. _____
                                        Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  **Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lance E. Russell<br>60 Wadsworth Street<br>Apt. 6H<br>Cambridge, MA 02142 | | | Employee | | | | 651.04 | 651.04 | $0.00 |
| ACCOUNT NO.<br>Lauren S. Warner<br>318 Webster Street<br>Hanover, MA 02339 | | | Employee | | | | 259.92 | 259.92 | $0.00 |
| ACCOUNT NO.<br>Lindsey J. Butler<br>19 Ketchum Lane<br>South Weymouth, MA 02190 | | | Employee | | | | 397.20 | 397.20 | $0.00 |
| ACCOUNT NO.<br>Lindsey M. Menninger<br>33 Maynard Street<br>Northborough, MA 01532 | | | Employee | | | | 385.04 | 385.04 | $0.00 |
| ACCOUNT NO.<br>Lisa A. Brown<br>18 Gilmore Street<br>Foxboro, MA 02035 | | | Employee | | | | 673.08 | 673.08 | $0.00 |
| ACCOUNT NO.<br>Lisa B. Moore<br>55 West Street<br>Medfield, MA 02052 | | | Employee | | | | 0.00 | 0.00 | $0.00 |

Sheet no. _16_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▸<br>(Totals of this page) | $ 2,366.28 | $ 2,366.28 | $ 0.00 |
| Total ▸<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ▸<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Ski Market Ltd., Inc.** _____      Case No. _____
                          Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions** _____

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Luke C. Guttadauro<br>12 Overlake Road<br>Wakefield, MA 01880 | | | Employee | | | | 1,019.52 | 1,019.52 | $0.00 |
| ACCOUNT NO.<br>Marc Capalbo<br>133 Pleasant Street<br>Northborough, MA 01532 | | | Employee | | | | 1,730.77 | 1,730.77 | $0.00 |
| ACCOUNT NO.<br>Marcia E. McCullough<br>181 Washington Street<br>Woburn, MA 01801-3367 | | | Employee | | | | 876.93 | 876.93 | $0.00 |
| ACCOUNT NO.<br>Mark A. Longo<br>67 Janebar Circle<br>Plymouth, MA 02453 | | | Employee | | | | 94.34 | 94.34 | $0.00 |
| ACCOUNT NO.<br>Mark N. Honerkamp<br>66 Spring Street, #1<br>Watertown, MA 02172 | | | Employee | | | | 867.73 | 867.73 | $0.00 |
| ACCOUNT NO.<br>Matthew F. Madden<br>95 Chandler Drive<br>Marshfield, MA 02050 | | | Employee | | | | 209.85 | 209.85 | $0.00 |

Sheet no. _17_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▶<br>(Totals of this page) | $ 4,799.14 | $ 4,799.14 | $ 0.00 |
| Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Ski Market Ltd., Inc.**

Case No. _____
(If known)

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Matthew M. Panek<br>6 Stoney Brook Drive<br>Sturbridge, MA 01566 | | | Employee | | | | 972.12 | 972.12 | $0.00 |
| ACCOUNT NO.<br>Max G. Orleans<br>270 Babcock<br>Apt. 9-C<br>Boston, MA 02215 | | | Employee | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Melissa T. Pappas<br>910 South River Street<br>Marshfield, MA 02050 | | | Employee | | | | 560.00 | 560.00 | $0.00 |
| ACCOUNT NO.<br>Merrill L. Pierce<br>22 Andrew Street<br>Salem, MA 01970 | | | Employee | | | | 367.92 | 367.92 | $0.00 |
| ACCOUNT NO.<br>Michael C. Lannon<br>11A Richmond Avenue<br>Woburn, MA 01801 | | | Employee | | | | 84.74 | 84.74 | $0.00 |
| ACCOUNT NO.<br>Michael F. Mallardi<br>44 Maywood Lane<br>Bristol, CT 06010 | | | Employee | | | | 150.92 | 150.92 | $0.00 |

Sheet no. _18_ of _32_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)

| $ 2,135.70 | $ 2,135.70 | $ 0.00 |
|---|---|---|

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| $ | | |
|---|---|---|

Total ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

| | $ | $ |
|---|---|---|

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Ski Market Ltd., Inc.**                                    Case No. _____
                                                                                    (If known)
          _____
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Michael J. Carroll**<br>**56 E Main Street**<br>**Apt. 1**<br>**Gloucester, MA 01930** | | | **Employee** | | | | **210.00** | **210.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Michael J. Coco**<br>**10 Old Homestead Road**<br>**Methuen, MA 01844** | | | **Employee** | | | | **615.39** | **615.39** | **$0.00** |
| ACCOUNT NO.<br><br>**Michael R. Orff**<br>**60 Iffley Road**<br>**Unit 3**<br>**Jamaica Plain, MA 02130** | | | **Employee** | | | | **1,153.85** | **1,153.85** | **$0.00** |
| ACCOUNT NO.<br><br>**Nathan C. Brosey**<br>**24 Concord Road**<br>**Watertown, MA 02472** | | | **Employee** | | | | **807.70** | **807.70** | **$0.00** |
| ACCOUNT NO.<br><br>**Nathan R. Fisher**<br>**11 Wheeler Street**<br>**Rehoboth, MA 02769** | | | **Employee** | | | | **370.08** | **370.08** | **$0.00** |
| ACCOUNT NO.<br><br>**Nicholas B. Deadrick**<br>**43A Walpold Street**<br>**Dover, MA 02030** | | | **Employee** | | | | **267.33** | **267.33** | **$0.00** |

Sheet no. _19_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals►
(Totals of this page)          $ **3,424.35**    $ **3,424.35**   $ **0.00**

Total  ►
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)          $

Total  ►
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )          $          $

B6E (Official Form 6E) (12/07) – Cont.

In re   __The Ski Market Ltd., Inc._____.    Case No. _____
                              Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Nicholas R. Sargent<br>33 Flying Rock Road<br>Hudson, NH 03051 | | | Employee | | | | 211.70 | 211.70 | $0.00 |
| ACCOUNT NO.<br>Nicole A. Krechevsky<br>5 Wilde Road<br>Wellesley, MA 02481 | | | Employee | | | | 112.60 | 112.60 | $0.00 |
| ACCOUNT NO.<br>Nicole F. Bertone<br>110 Carlton Road<br>Marshfield, MA 02050 | | | Employee | | | | 187.04 | 187.04 | $0.00 |
| ACCOUNT NO.<br>Nora G. Vasconullos<br>225 Old Washington Street<br>Pembroke, MA 02359 | | | Employee | | | | 72.00 | 72.00 | $0.00 |
| ACCOUNT NO.<br>Patrick M. Hart<br>75 Causeway Street<br>Hudson, MA 01749 | | | Employee | | | | 64.08 | 64.08 | $0.00 |
| ACCOUNT NO.<br>Patrick M. Sanford<br>31 Atwood Street<br>Wellesley, MA 04282 | | | Employee | | | | 550.80 | 550.80 | $0.00 |

Sheet no. _20_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶  
(Totals of this page)

| | | |
|---|---|---|
| $ 1,198.22 | $ 1,198.22 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$ 

Total ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

$                    $

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Ski Market Ltd., Inc.**                              ,                    Case No. _____

_____Debtor_____                                                                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Patrick T. Kadlik<br>239 Lumber Street<br>Hopkinton, MA 01748 | | | Employee | | | | 252.85 | 252.85 | $0.00 |
| ACCOUNT NO.<br>Paul B. Ratcliffe<br>1 Country Road<br>Farmington, CT 06085 | | | Employee | | | | 161.70 | 161.70 | $0.00 |
| ACCOUNT NO.<br>Peter R. Webster<br>2464E Commodore Oliv<br>Wakefield, RI 02879 | | | Employee | | | | 600.00 | 600.00 | $0.00 |
| ACCOUNT NO.<br>Phinnara J. Has<br>21 Mrytle Avenue<br>Johnston, RI 02919 | | | Employee | | | | 235.71 | 235.71 | $0.00 |
| ACCOUNT NO.<br>Randy A. William<br>155 Black Plain Road<br>Exeter, RI 02822 | | | Employee | | | | 493.74 | 493.74 | $0.00 |
| ACCOUNT NO.<br>Rebecca L. Stevenson<br>1256 Union Street<br>P.O. Box 122<br>N. Marshfield, MA 02059 | | | Employee | | | | 0.00 | 0.00 | $0.00 |

Sheet no. _21_ of _32_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷ (Totals of this page)   $ 1,744.00   $ 1,744.00   $ 0.00

Total ▷ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )   $   $

B6E (Official Form 6E) (12/07) – Cont.

In re    The Ski Market Ltd., Inc.                                      .            Case No. _____
                        Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Robert E. Geary<br>66 Pond View Drive<br>Warwick, RI 02886 | | | Employee | | | | 259.84 | 259.84 | $0.00 |
| ACCOUNT NO.<br><br>Robert L. Ferguson<br>128 Great Bay Road<br>Osterville, MA 02655 | | | Employee | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br><br>Robert R. Caldwell<br>7r Freeman Street<br>Norton, MA 02766 | | | Employee | | | | 1,229.10 | 1,229.10 | $0.00 |
| ACCOUNT NO.<br><br>Robert S. Mercer<br>5 Broadway<br>Stoneham, MA 02180 | | | Employee | | | | 692.31 | 692.31 | $0.00 |
| ACCOUNT NO.<br><br>Robert T. Saulnier<br>155 Windmere Road<br>Ellington, CT 06029-5800 | | | Employee | | | | 246.53 | 246.53 | $0.00 |
| ACCOUNT NO.<br><br>Robert W. Mollo<br>39 Pleasant Street<br>Trumbull, CT 06611 | | | Employee | | | | 82.56 | 82.56 | $0.00 |

Sheet no. 22 of 32 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶<br>(Totals of this page) | $ 2,510.34 | $ 2,510.34 $ 0.00 |
| Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Total ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ $ |

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Ski Market Ltd., Inc.**                                    Case No. _____
                                                                              (If known)
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority: Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ronald A. Byda<br>175 Temple Street<br>West Roxbury, MA 02132 | | | Employee | | | | 28.62 | 0.00 | $28.62 |
| ACCOUNT NO.<br>Ronald Desiderato<br>51 Westmore Street<br>Providence, RI 02910 | | | Employee | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Sally F. Duffley<br>122 Chestnut street<br>N. Reading, MA 01864 | | | Employee | | | | 1,826.93 | 1,826.93 | $0.00 |
| ACCOUNT NO.<br>Samantha J. Streelman<br>5 Nobel K. Peterson Drive<br>Durham, NH 03824 | | | Employee | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Sandra J. Allen<br>60 Cross Street<br>Rowley, MA 01969 | | | Employee | | | | 88.55 | 88.55 | $0.00 |
| ACCOUNT NO.<br>Sara A. Grimley<br>965 Bullocks Point<br>Riverside, RI 02915 | | | Employee | | | | 190.95 | 190.95 | $0.00 |

Sheet no. _23_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶  $ **2,135.05**  $ **2,106.43** $ **28.62**
(Totals of this page)

Total ▶  $
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Total ▶  $  $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Ski Market Ltd., Inc.**                                Case No. _____
                                                                          (If known)
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Scott S. Krall<br>19 Inverness Road<br>Norwood, MA 02062** | | | **Employee** | | | | 61.37 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Scott W. Gilmore<br>555 River Street<br>Norwell, MA 02061** | | | **Employee** | | | | 36.30 | 36.30 | $36.30 |
| ACCOUNT NO.<br>**Sean M. Kelley<br>P.O. Box 474<br>Brant Rock, MA 02020** | | | **Employee** | | | | 473.31 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Shaun R. Logue<br>399 Newtonville Avenue, #1<br>Newtonville, MA 02460** | | | **Employee** | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Simonne M. Bonfatti<br>320 Winter Street<br>Holliston, MA 01746** | | | **Employee** | | | | 91.95 | 91.95 | $0.00 |
| ACCOUNT NO.<br>**Steve E. Femino<br>171 Washington Street<br>Woburn, MA 01801** | | | **Employee** | | | | 0.00 | 0.00 | $0.00 |

Sheet no. _24_ of _32_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▷
(Totals of this page)
$ 662.93 | $ 128.25 | $ 36.30

Total ▷
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)
$

Total ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )
$ | $

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Ski Market Ltd., Inc.**                                    Case No. _____

Debtor                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority: Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Tara L. Ujkaj<br>47B Anthony Road<br>Newtonville, MA 02460 | | | Employee | X | | | 47.30 | 47.30 | $0.00 |
| ACCOUNT NO.<br>Terry E. Thielbar<br>103 Main Street<br>Unit 16<br>Pepperell, MA 01463 | | | Employee | | | | 576.93 | 576.93 | $0.00 |
| ACCOUNT NO.<br>Timothy Caldwell<br>7r Freeman Street<br>Norton, MA 02766 | | | Employee | | | | 710.00 | 710.00 | $0.00 |
| ACCOUNT NO.<br>Timothy G. May<br>34 Mayflower Lane<br>Marshfield, MA 02050 | | | Employee | | | | 996.16 | 996.16 | $473.31 |
| ACCOUNT NO.<br>Timothy P. Spurling<br>74 Rathbun Road<br>Natick, MA 01760 | | | Employee | | | | 378.35 | 378.35 | $0.00 |
| ACCOUNT NO.<br>Todd Greenwood<br>193 East View Drive<br>Windsor, CT 06095 | | | Employee | | | | 961.54 | 961.54 | $0.00 |

Sheet no. _25_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)   $ 3,670.28   $ 3,670.28   $ 473.31

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

B6E (Official Form 6E) (12/07) – Cont.

In re __The Ski Market Ltd., Inc._____,    Case No. _____
Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority: Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Traci E. Gruttadauria<br>1 Amy Court<br>Cranston, RI 02921 | | | Employee | | | | 359.56 | 359.56 | $0.00 |
| ACCOUNT NO.<br><br>William D. Sayers<br>5 Shanel Drive<br>Chelmsford, MA 01824 | | | Employee | | | | 373.75 | 373.75 | $0.00 |
| ACCOUNT NO.<br><br>William R. Brundage<br>24 Main Street<br>Rockport, MA 01966 | | | Employee | | | | 318.70 | 318.70 | $0.00 |
| ACCOUNT NO.<br><br>William R. Conway<br>15 Pilgrim Road<br>Weymouth, MA 02191 | | | Employee | | | | 244.00 | 244.00 | $0.00 |

Sheet no. _26_ of _32_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)  $ 1,296.01  $ 1,296.01  $ 0.00

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  $

B6E (Official Form 6E) (12/07) – Cont.

In re    The Ski Market Ltd., Inc. _____,    Case No. _____
                                 Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Type of Priority:  **Contributions to Employee Benefit Plans**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Fidelity Investments Client Services - ECM P.O. Box 770001 Cincinnati, OH 45277-0026** | | | **For notice purposes only - 401(k) plan, no employer contribution.** | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Peter Zappa & Associates, Inc. P.O. Box 2749 North Attleborough, MA 02763** | | | **Disbursals outstanding payable to Zappa (Flexible Spending Account - no employer contribution)** | | | | 1,062.00 | 1,062.00 | $0.00 |
| ACCOUNT NO.<br>**Tufts Health Plan P.O. Box 9224 Chelsea, MA 02150-9224** | | | **For notice purposes only (Paid through December 31, 2009)** | | | | 0.00 | 0.00 | $0.00 |

Sheet no. <u>27</u> of <u>32</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷     $ 1,062.00   $ 1,062.00   $ 0.00
(Totals of this page)

Total ▷    $
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Total ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )     $            $

B6E (Official Form 6E) (12/07) – Cont.

In re  __The Ski Market Ltd., Inc._____,     Case No. _____
                                        Debtor                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority:  **Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Deposit Creditors (individual claimants listed on Exhibit 1 to Schedule E)** | | | **Deposits for 2009-2010 season equipment rental.  Claims may be subject to setoff.** | X | X | | 819,975.00 | 819,975.00 | $0.00 |

Sheet no. __28__ of __32__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | | |
|---|---|---|---|
| Subtotals▶<br>(Totals of this page) | $ **819,975.00** | $ **819,975.00** | $ **0.00** |
| Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

B6E (Official Form 6E) (12/07) – Cont.

In re    **The Ski Market Ltd., Inc.** _____,    Case No. _____
                           Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Blue Cross Blue Shield<br>P.O. Box 4701<br>Woburn, MA 01888-4701** | | | **For notice purposes only (Paid through December 31, 2009)** | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**City of Warwick, Tax Collector<br>Warwick City Hall<br>Annex Building, 2nd Floor<br>3275 Post Road<br>Warwick, RI 02886** | | | **No past due obligations. Obligations may be accruing in the ordinary course.** | X | X | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**City of Woburn<br>Treasurer & Collector<br>10 Common Street<br>Woburn, MA 01801** | | | **No past due obligations. Obligations may be accruing in the ordinary course.** | X | X | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Commonwealth of Massachusetts<br>Department of Revenue<br>Litigation Bureau, Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564** | | | **No past due obligations. Obligations may be accruing in the ordinary course.** | X | X | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Connecticut Department of Labor<br>200 Folly Brook Boulevard<br>Wethersfield, CT 06109** | | | **No past due obligations. Obligations may be accruing in the ordinary course.** | X | X | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Connecticut Dept. of Revenue Services<br>25 Sigourney Street<br>Suite 2<br>Hartford, CT 06106-5032** | | | **No past due obligations. Obligations may be accruing in the ordinary course.** | X | X | | 0.00 | 0.00 | $0.00 |

Sheet no. _29_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)    $    0.00    |$    0.00 |$    0.00

Total ►
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)    $

Total ►
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data.)    $    |$

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Ski Market Ltd., Inc.**                                    Case No. _____
_____,                                                    (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority:  **Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service Special Processing Unit P.O. Box 9112 Stop 20800 Boston, MA 02203** | | | **No past due obligations. Obligations may be accruing in the ordinary course.** | X | X | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114** | | | **No past due obligations. Obligations may be accruing in the ordinary course.** | X | X | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Maine Department of Labor P.O. Box 1057 Augusta, ME 04332-1057** | | | **No past due obligations. Obligations may be accruing in the ordinary course.** | X | X | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Maine Revenue Services Compliance Division 24 State House Station Augusta, ME 04333-0024** | | | **No past due obligations. Obligations may be accruing in the ordinary course.** | X | X | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Massachusetts Department of Employment and Training 19 Staniford Street Boston, MA 02114** | | | **No past due obligations. Obligations may be accruing in the ordinary course.** | X | X | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**New York State Dept. of Tax & Finance Attn:  Office of Counsel Building 9, W.A. Harriman Campus Albany, NY 12227** | | | **No past due obligations. Obligations may be accruing in the ordinary course.** | X | X | | 0.00 | 0.00 | $0.00 |

Sheet no. _30_ of _32_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷
(Totals of this page)

$   0.00 | $   0.00 | $   0.00

Total  ▷
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Total  ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$ | $

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Ski Market Ltd., Inc.**                                Case No. _____
                    Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NYS Department of Labor<br>W. Averell Harriman State Office<br>Building 12<br>Albany, NY 12240 | | | No past due obligations. Obligations may be accruing in the ordinary course. | X | X | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Rhode Island Dept. of Labor & Training<br>Unemployment Insurance<br>1511 Pontiac Avenue<br>Cranston, RI 02920 | | | No past due obligations. Obligations may be accruing in the ordinary course. | X | X | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Rhode Island Dept. of Revenue<br>Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908 | | | No past due obligations. Obligations may be accruing in the ordinary course. | X | X | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Town of Avon<br>Treasurer<br>Avon Town Hall<br>60 West Main Street<br>Avon, CT 06001 | | | No past due obligations. Obligations may be accruing in the ordinary course. | X | X | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Town of Brookline<br>Brookline Town Hall<br>Treasury Department<br>333 Washington Street, 1st Floor<br>Brookline, MA 02445 | | | No past due obligations. Obligations may be accruing in the ordinary course. | X | X | | 0.00 | 0.00 | $318.70 |
| ACCOUNT NO.<br>Town of Framingham<br>Treasurer/Collector<br>150 Concord Street, Room 109<br>Framingham, MA 01702 | | | No past due obligations. Obligations may be accruing in the ordinary course. | X | X | | 0.00 | 0.00 | $0.00 |

Sheet no. _31_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶ | $ 0.00 | $ 0.00 | $ 318.70
(Totals of this page)

Total ▶ | $
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Total ▶ | $ | $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Ski Market Ltd., Inc.**                                     ,   Case No. _____
                                                                                        (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Town of Wellesley**<br>**Treasurer/Collector**<br>**525 Washington Street**<br>**Wellesley, MA 02482** | | | **No past due obligations. Obligations may be accruing in the ordinary course.** | X | X | | 0.00 | 0.00 | $0.00 |

Sheet no. _32_ of _32_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▷ (Totals of this page) | $     0.00 | $     0.00 | $     0.00 |
| Total ▷ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $  881,393.39 | | |
| Total ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $  877,648.64 | $  2,628.96 |

B6F (Official Form 6F) (12/07)

In re __The Ski Market Ltd., Inc._____     Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

❏     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 28,399.50 |
| 686 Enterprises Westlife 20 Goodyear Irvine, CA 92618-1813 | | | | | | | |
| ACCOUNT NO. | | | | | | | 276.05 |
| AA Signs & Awning 221 Jefferson Boulevard Warwick, RI 02888 | | | | | | | |
| ACCOUNT NO. | | | | | | | 113.93 |
| AAA Fire Extinguisher Company 328 Rodman Road P.O. Box 1003 Auburn, MA 04211-1003 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,359.43 |
| ABF Freight Systems P.O. Box 697 Cherryville, NC 28021-0697 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,652.00 |
| Access Northeast 34 St. Martin Drive Suite 3 Marlborough, MA 01752 | | | | | | | |

40   Continuation sheets attached

Subtotal  ➤  $                    32,800.91

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)