UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re: | |
|---|---|
| THE SKI MARKET LTD., INC., | Chapter 7 |
| Debtor. | Case No. 09-22502 (HJB) |

## ASSENTED TO MOTION OF THE CHAPTER 7 TRUSTEE TO DEFER CONSIDERATION OF REQUEST BY MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE CLAIM AND REIMBURSEMENT OF EXPENSES

Joseph Braunstein, the Chapter 7 Trustee (the "**Trustee**") of The Ski Market Ltd., Inc. (the "**Debtor**") hereby moves that the *Request for Allowance and Payment of Chapter 11 Administrative Claim and Reimbursement of Expenses by Mirick, O'Connell, DeMallie & Lougee, LLC, Counsel to the Debtor* (the "**Motion**") be deferred until such time as there are sufficient funds in the estate (the "**Estate**") for payment and to consider all of the Chapter 11 Administration Expenses that have not previously been allowed. In further support the Trustee states as follows:

### Background

1. On December 29, 2009, the Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code. On August 26, 2010, the Debtor's case was converted to a case under Chapter 7, and the Trustee was appointed on August 27, 2010. The meeting of creditors required pursuant to 11 U.S.C. § 341 is scheduled for September 27, 2010 at 10:30 a.m. and **the bar date to file claims has been set for December 27, 2010.**

2. On December 29, 2009, the Debtor filed the *Application to Employ Mirick, O'Connell, DeMallie & Lougee, LLP as* Counsel, which was allowed by this Court on January 19, 2010.

3. On September 9, 2010, Mirick, O'Connell, DeMallie & Lougee, LLC filed the Motion seeking allowance and payment of legal fees of $23,861.50 and reimbursement of expenses of $2,091.48 for a total of $25,952.98 incurred during the period of June 5, 2010 through and including August 26, 2010, having been paid for its services through the prior period.

4. There are 295 claims filed to date in this case, including administrative and claims that were incurred post petition as well as approximately 20 claims that have been sent to the Trustee that have not as yet been filed with the Court.

5. Presently, there are no funds in the case for Chapter 7 administration and it appears according to the Trustee's understanding that the only funds may be from some possible potential preference claims, although no due diligence has been undertaken in connection with the viability of maintaining such actions.

6. The Trustee, therefore should not be required to spend time reviewing Administration Claims until such time as there may be a likelihood of payment of such claims or at least until after the bar date when all the claims have been filed and the Trustee has had an opportunity to have a better understanding of the case.

WHEREFORE, the Trustee respectfully requests that this Court enter an order (a) deferring consideration of the Request for Payment, and (b) for such other relief as is just and proper.

|  |  |
|---|---|
| | THE SKI MARKET LTD., INC. |
| | */s/Joseph Braunstein* |
| DATED: September 20, 2010 | Joseph Braunstein, BBO No. 054680 |
| | Riemer & Braunstein LLP |
| | Three Center Plaza |
| | Boston, Massachusetts 02108 |
| | (617) 523-9000 |
| | jbraunstein@riemerlaw.com |

ASSENTED TO:

*/s/Joseph H. Baldiga*
Joseph H. Baldiga
Mirick, O'Connell, DeMallie, & Lougee, LLC
100 Front Street
Worcester, MA 01608
(508) 898-1501
groumeliotis@hendelcollins.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

THE SKI MARKET LTD., INC.,

Debtor.

Chapter 7
Case No. 09-22502 (HJB)

## CERTIFICATE OF SERVICE

I, Joseph Braunstein, with the law firm of Riemer & Braunstein LLP, hereby certify that I caused to be served on September 20, 2010, a true and accurate copy of the **ASSENTED TO MOTION OF CHAPTER 7 TRUSTEE TO DEFER CONSIDERATION OF REQUEST BY MIRICK, O'CONNELL, DEMALLIE & LOUGEE LLP FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE CLAIM AND REIMBURSEMENT OF EXPENSES** by first class United States mail, postage pre-paid, or by electronic notification (EN) where indicated, to the individuals listed below:

Office of the United States Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109
USTPRegion01.BO.ECF@USDOJ.GOV; Eric.K.Bradford@USDOJ.gov;
Jennifer.L.Hertz@usdoj.gov  (EN)

Joseph H. Baldiga, Esq.
MIRICK, O'CONNELL, DeMALLIE, LOUGEE
100 Front Street
Worcester, MA 01608
bankrupt@mirickoconnell.com (EN)

Gina M. Barbieri, Esq.
Mirick O'Connell
1700 West Park Drive
Westborough, MA 01581
gbarbieri@mirickoconnell.com, bankrupt@mirickoconnell.com (EN)

Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
pbilowz@goulstonstorrs.com (EN)

Anthony J. Cichello, Esq.
Krokidas & Bluestein LLP
600 Atlantic Avenue
Boston, MA 02210
ajc@kb-law.com, maronis@kb-law.com; rhendley@kb-law.com (EN)

John D. Finnegan, Esq.
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue, Suite 500
Boston, MA 02199
jfinnegan@tbhr-law.com (EN)

Brendan T. Flynn, Esq.
Office of the Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Gerard F. Forton, Esq.
361 Delaware Avenue
Buffalo, NY 14202

Gregory O. Kaden, Esq.
Goulston & Storrs, PC
400 Atlantic Avenue
Boston, MA 02110-3333
gkaden@goulstonstorrs.com (EN)

James S. LaMontagne, Esq.
Sheehan Phinney Bass & Green
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
jlamontagne@sheehan.com, nhbankruptcycourt@sheehan.com; ntoli@sheehan.com(EN)

James R. Lee, Esq.
Attorney General of the State of Rhode Island
150 S. Main Street
Providence, RI 02903

2

Christine D. Lynch, Esq.
Goulston & Storrs, PC
400 Atlantic Avenue
Boston, MA 02110
clynch@goulstonstorrs.com (EN)

William R. Moorman, Jr., Esq.
Craig and Macauley, Professional Corp
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
moorman@craigmacauley.com (EN)

David J. Reier, Esq.
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
dreier@pbl.com (EN)

Edward V. Sabella, Esq.
Shatz, Schwartz & Fentin, P.C.
1441 Main Street, Suite 1100
Springfield, MA 01103
esabella@ssfpc.com, lahogan@ssfpc.com; pransom@ssfpc.com (EN)

Stephen E. Shamban, Esq.
Stephen E. Shamban Law Offices, P.C.
222 Forbes Road, Suite 208
P.O. Box 850973
Braintree, MA 02185-0973
sshamban@yahoo.com (EN)

Jennifer L. Stewart, Esq.
Cooley Codward Kronish LLP
500 Boylston Street
Boston, MA 02116
jstewart@cooley.com, swalsh@cooley.com; kcachia@cooley.com; BWeisenberg@cooley.com; ncunningham@cooley.com (EN)

Tal Unrad, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
tunrad@burnslev.com, cparis@burnslev.com (EN)

3

Gary M. Weiner, Esq.
Weiner & Lange, P.C.
95 State Street, Suite 918
Springfield, MA 01103
GWeiner@Weinerlegal.com, MShapiro@Weinerlegal.com; MA27@ecfcbis.com (EN)

Jacqueline Welch, Esq.
Office of the Attorney General Massachusetts
One Ashburton Place
Boston, MA 02108
jacqueline.welch@ago.state.ma.us (EN)

Anne J. White, Esq.
Demeo & Associates, P.C.
One Lewis Wharf
Boston, MA 02110
awhitetrustee@jdemeo.com (EN)

Karl Fleischmann
6 Sycamore Lane
West Hartford, CT 06117

Hudson Capital Partners, LLC
403-C Towne Center Boulevard, Suite 3
Ridgeland, MS 39157

Robert A James
Marker/Volkl USA Inc.
1405 West 2200 South, Suite 100
St. Lake City, UT 84119

O'Connor Group, Inc.
10 Stearns Road
Bedford, MA 01730

Paris Realty Corp
Attn: Douglas J. Emanuel
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

4

Case 09-22502    Doc 294    Filed 09/20/10    Entered 09/20/10 16:20:18    Desc Main
                           Document      Page 8 of 8

Internal Revenue Service
Special Procedures Function STOP 20800
P.O. Box 9112
JFK Building
Boston, MA 02203

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

                                                       */s/ Joseph Braunstein*
Joseph Braunstein (BBO #054680)
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
Phone: (617) 523-9000

1246174.1

5